UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Angela Alexander v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10319-DRH |
| *Rosalie Alfonso v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10200-DRH |
| *Jennie Karafin Alpert-Cudia v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10268-DRH |
| *Robin Booth v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10078-DRH |
| *Anita Bozic v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10206-DRH |
| *Robin Chanell Brown v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10071-DRH |
| *Amara Cannon v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10320-DRH |
| *Cynthia Cavagnaro v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10509-DRH |
| *Kimberly Fay Cordwell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10963-DRH |
| *Tami L. Dulski v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:09-cv-20140-DRH |
| *Christie Edmondson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10202-DRH |

| | |
|---|---|
| *Janet Kay Etue v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-11247-DRH |
| *Beverly Farrell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10265-DRH |
| *Brenda Hall v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10207-DRH |
| *Petra Veronica Innocent v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12233-DRH |
| *Tiffiny Shawn Jeansonne v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10267-DRH |
| *Karen A. Knox v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-10269-DRH |
| *Christine LaSalle v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10075-DRH |
| *Janine Merriman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-13024-DRH |
| *Jennifer Miller v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10240-DRH |
| *Heather Michele Plain v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12480-DRH |
| *Diane Hagan Scherff v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:12-cv-10079-DRH |
| *Mitzi Marie Sherman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-10962-DRH |

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 8, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                              **NANCY J. ROSENSTENGEL,**
                                              **CLERK OF COURT**

                                              **BY:**   /s/*Sara Jennings*
                                                          **Deputy Clerk**

Dated:  August 9, 2013

Digitally signed by David R. Herndon
Date: 2013.08.09 09:13:50 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT

3